DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LETRELL McKNIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1546

_____

March 25, 2026


Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Deana K. Marshall of Law Office of Deana K. Mashall, P.A., Riverview, for Appellant.


PER CURIAM.

    Affirmed.

LUCAS, C.J., and NORTHCUTT and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.